```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

```
ROBERT C. LORBEER, SBN 172072
ATTORNEY AT LAW
372 FLORIN ROAD, #320
SACRAMENTO, CA 95831
TELEPHONE:   (916) 971-9166
FACSIMILE:   (916) 283-4412
Email:  Lorbeer-R@Prodigy.net
```

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT N. JOHNSON,**<br><br>      Plaintiff,<br><br>   vs.<br><br>**MICHAEL DERYLO**,<br><br>      Defendant | Case No. **2:11-cv-02335-MCE-CKD**<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, Scott N. Johnson, and Defendant Michael Derylo, by and through their attorneys of record (Scott N. Johnson; Robert C. Lorbeer) that Plaintiff's Request for Entry of Default against Defendant Michael Derylo, and the resulting Magistrate Judge's Findings and Recommendations (Docket

STIPULATION TO SET ASIDE DEFAULT     2-11-CV-02335-MCE-CKD

#13) and the Default (Docket #14), is hereby set aside. This stipulation is based upon the following facts constituting good cause: Defendant Michael Derylo disputes that he was properly served with either the lawsuit or the Findings and Recommendations of the Magistrate Judge.

IT IS FURTHER STIPULATED that Defendant Michael Derylo will file an Answer within 20 days of the Entry of Default being set aside.

Dated:  July _23_, 2012            /s/Scott N. Johnson _____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff


Dated:  July _19_, 2012            /S/ Robert C. Lorbeer___
                                   Robert Carl Lorbeer,
                                   Attorney for Defendant

**ORDER**

As the parties have so stipulated, Plaintiff's Entry of Default against Defendant Michael Derylo, is hereby set aside.

**IT IS FURTHER ORDERED** that Defendant Michael Derylo shall file an Answer within twenty (20) days of the date of this Order.

Dated:  August 6, 2012
                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

STIPULATION TO SET ASIDE DEFAULT     2-11-CV-02335-MCE-CKD